THIRD COLLEGE EDITION

# Webster's New World™ Dictionary

OF AMERICAN ENGLISH

**VICTORIA NEUFELDT**
Editor in Chief

**DAVID B. GURALNIK**
Editor in Chief Emeritus



**Webster's New World**
**Cleveland & New York**

*Dedicated*
*to David B. Guralnik*
*lexicographical mentor*
*and friend*

Webster's New World Dictionary, Third College Edition

Copyright © 1988 by Simon & Schuster, Inc.

Fourth printing, with corrections

This edition is a major revision of Webster's New World Dictionary, Second College Edition, copyright © 1986 and 1970, 1972, 1974, 1976, 1978, 1979, 1980, 1982, and 1984 by Simon & Schuster, Inc.

All rights reserved
including the right of reproduction
in whole or in part in any form

Published by Webster's New World Dictionaries
A Division of Simon & Schuster, Inc.
Gulf + Western Building
One Gulf + Western Plaza
New York, New York 10023

Dictionary Editorial Offices: New World Dictionaries,
850 Euclid Avenue, Cleveland, Ohio 44114

WEBSTER'S NEW WORLD and colophons are registered trademarks of Simon & Schuster, Inc.

DISTRIBUTED BY PRENTICE HALL TRADE

Database design and creation by Lexi-Comp, Inc., Hudson, Ohio.

The typefaces used are Century Schoolbook and Helvetica.

Manufactured in the United States of America

4 5 6 7 8 9 93 92 91 90 89

**Library of Congress Cataloging-in-Publication Data**

Webster's New World dictionary of American English / Victoria E. Neufeldt, editor-in-chief. — 3rd college ed.

1. English language—Dictionaries. 2. Americanisms—Dictionaries.
I. Neufeldt, Victoria E.
PE1628.W5633 1988 88-1712

ISBN 0-13-947169-3 (thumb-indexed)
0-13-949280-1 (plain-edged)
0-13-949314-X (leatherkraft)

Dictiona
Special
Forewor
The Ne
Guide t
The M
Pron
Part-
Inflec
The E
The I
Usag
Field
Scier
Idion
Run-
The S
The En
Etymol
Webste
The In
Editori
Marl
Itali
Num
Capi
Abb
Sour
Specia

see ROBERT ⟧ a mascu-
< (after LACUSTRINE) a
growing on or living
or **ru·pic'o·line'** (-lin,
:⟧ the basic monetary
ipture < L *ruptura* <
< base *reu-, to tear
of breaking apart or
or burst; breach 2 a
between countries or
minal or inguinal her-
n or part, as of a blood
g 1 to break apart or
iture
L *rus* (gen. *ruris*), the
open, ROOM ⟧ 1 of or
country people; rustic
rming; agricultural —
d referring to life on the
the city *[rural schools]*
rudeness and unsophisti-
nent of the city *[rustic*
itive simplicity of rural
ist, suggests a down-to-
litor] —ANT. urban
routes in rural areas
cter 2 rural life 3 a
u·ral·ity (roo ral'ə tē)
ural life
ural —vi. to live for a
ded as the founder of
mia, imaginary king-
haracteristic of some
ve < L *recusare*, to be
trick, or artifice —
op. 181,000
her < MFr *ruser*, to
RUSE ⟧ 1 *a)* to move
ecklessly or rashly 2
r upon); charge 3 to
, suddenly, or hastily
ll to advance the ball
to move, send, push,
ted him to the hospi-
act, with unusual or
ler, a person at work,
ault on; charge *b)* to
lt ☆4 [Colloq.] *a)* to
rtain with parties or
sorority ☆5 *Football*
lays *b)* BLITZ —n. 1
ny people to get to a
een found 3 intense
odern life] 4 a sud-
kind of scrimmage
etween freshmen and
traffic, necessitating
[Slang] *a)* the first,
by injecting heroin
e ☆8 *Football* a play
9 [usually pl.] *Film* a
scene or scenes, for
ssitating haste *[rush*
*hours]* —**with a rush**
[Du *risch*, Norw *rusk*
, *restis*, cord ⟧ 1 any
amily, having small,
laces and the round
d in making baskets,
s, as the bulrushes or
le, order Juncales) of
rted perianth, tufted
: signer of the Decla-
ish as the wick Also
; being rushed by a
raffic, etc. are espe-
Rushmore, N.Y. min-
S.Dak., on which are
shington, Jefferson,
m): it constitutes a
Memorial), c. 2 sq.

**rushy** (rush'ē) ***adj.*** **rush'i·er, rush'i·est** 1 made of, full of, or covered with rushes (plants) 2 like a rush

**rusk** (rusk) ***n.*** ⟦Sp *rosca*, twisted roll of bread, lit., a spiral < VL **rosicare*, to gnaw⟧ 1 sweet, raised bread or cake toasted in an oven, or baked a second time, after slicing, until browned and crisp 2 a piece of this

**Rus·kin** (rus'kin), **John** 1819-1900; Eng. writer, art critic, & social reformer

**Russ** (rus) ***adj., n., pl.*** **Russ** or **Russ'es** ⟦< Russ *Rus'*, name of land & people⟧ *archaic var. of* RUSSIAN

**Rus·sell** (rus'əl) ⟦< surname *Russell*, orig. dim. of Fr *roux*, reddish < OFr *rous*: see RUSSET⟧ 1 a masculine name: dim. *Russ*: also **Rus'sel** 2 **Bertrand (Arthur William)** 3d Earl Russell, 1872-1970; philosopher, mathematician, & writer, born in Wales 3 **George William** (pseud. *Æ* or *A.E.*) 1867-1935; Ir. poet & essayist 4 Lord **John** 1st Earl Russell of Kingston Russell, 1792-1878; Eng. statesman: prime minister (1846-52; 1865-66): grandfather of Bertrand 5 **Lillian** (born *Helen Louise Leonard*) 1861-1922; U.S. singer & actress

**Rus·sell's viper** ⟦after P. *Russell*, 18th-c. Brit physician⟧ an extremely poisonous viper (*Vipera russeli*) of SE and SC Asia, with a pale-brown body and ringlike black spots bordered with white or yellow

**rus·set** (rus'it) ***n.*** ⟦ME < OFr *rousset*, dim. of *rous* < L *russus*, reddish < IE **rudhso-* < base **reudh-*, RED⟧ 1 yellowish brown or reddish brown 2 a coarse homespun cloth, reddish-brown or brownish, formerly used for clothing by country people 3 a winter apple with a rough, mottled skin —***adj.*** 1 yellowish-brown or reddish-brown 2 made of russet (cloth) 3 [Archaic] rustic, simple, etc.

**Rus·sia** (rush'ə) ⟦see RUSS⟧ 1 former empire (**Russian Empire**) in E Europe & N Asia, 1547-1917, ruled by the czars: cap. St. Petersburg 2 loosely, the UNION OF SOVIET SOCIALIST REPUBLICS 3 RUSSIAN SOVIET FEDERATED SOCIALIST REPUBLIC, esp. the European part

**Russia leather** a fine, smooth leather, usually dyed dark red, orig. made in Russia of hides treated with oil from birch bark: used in bookbinding, etc.

**Rus·sian** (rush'ən) ***adj.*** of Russia, its people, their language, etc. —***n.*** 1 *a)* a native or inhabitant of Russia, specif. of the R.S.F.S.R. *b)* popularly, any citizen of the U.S.S.R. 2 a member of the chief Slavic people of Russia 3 the East Slavic language of the Russians; esp., Great Russian, the principal and official language of the U.S.S.R.

**Russian blue** any of a breed of domestic cat, thought to have originated in Archangel, with a soft, dense, grayish-blue or silvery-blue coat and green eyes

☆**Russian dressing** mayonnaise mixed with chili sauce, chopped pickles, pimentos, etc.: used as a salad dressing

**Rus·sian·ize** (-iz') ***vt.*** **-ized', -iz'ing** to make Russian in character —**Rus'sian·i·za'tion *n.***

**Russian olive** a small, hardy tree (*Elaeagnus angustifolia*) of the oleaster family, with silvery leaves and fragrant yellow flowers, often grown for windbreaks or ornament

**Russian (Orthodox) Church** an autonomous branch of the Eastern Orthodox Church

**Russian Revolution** 1 the revolution of 1917 in which the government of the czar was overthrown: it consisted of two distinct revolutions, the first (*February Revolution*) being the uprising of March (February, Old Style), in which a parliamentarian government headed by Kerensky came to power, the second (*October Revolution*) being the uprising of November (October, Old Style), in which this government was replaced by the Soviet government led by the Bolsheviks (Communists) under Lenin 2 sometimes, the October Revolution alone

☆**Russian roulette** 1 a deadly game of chance in which a person spins the cylinder of a revolver holding only one bullet, aims the gun at his or her head, and pulls the trigger 2 any activity potentially destructive to its participants

**Russian Soviet Federated Socialist Republic** largest republic of the U.S.S.R., stretching from the Baltic Sea to the Pacific & from the Arctic Ocean to the Chinese border: 6,501,500 sq. mi. (16,838,000 sq. km); pop. 143,078,000; cap. Moscow

☆**Russian thistle** a spiny weed (*Salsola kali*) of the goosefoot family: it matures into a spherical tumbleweed

**Russian Turkestan** the part of Turkestan under Soviet control comprising the Kirghiz, Tadzhik, Turkmen & Uzbek republics and sometimes Kazakhstan: also called *Western Turkestan*

**Russian wolfhound** *old name for* BORZOI

**Rus·si·fy** (rus'ə fi') ***vt.*** **-fied', -fy'ing** RUSSIANIZE —**Rus'si·fi·ca'tion *n.***

**Rus·ski** (rus'kē) ***n., pl.*** **-skies** or **-skis** [Slang] 1 RUSSIAN (*n.* 1) 2 [*pl.*] the government or leaders of the U.S.S.R. Also **Rus'skie** or **Rus'sky**, *pl.* **-skies** or **-skis** —***adj.*** RUSSIAN Mild term of contempt

**Rus·so-** (rus'ō, -ə) *combining form* Russian, Russian and *[Russophile]*

**Rus·so·phile** (rus'ə fil') ***n.*** ⟦prec. + -PHILE⟧ a person who admires or is extremely fond of Russia or its people, customs, influence, etc. —***adj.*** of Russophiles

**Rus·so·pho·bi·a** (rus'ə fō'bē ə) ***n.*** ⟦RUSSO- + -PHOBIA⟧ hatred or fear of Russia or its people, customs, influence, etc. —**Rus'so·phobe' *n., adj.***

**rust** (rust) ***n.*** ⟦ME < OE, akin to Ger *rost* < IE base **reudh-*, RED⟧ 1 the reddish-brown or reddish-yellow coating formed on iron or steel by oxidation, as during exposure to air and moisture: it consists mainly of ferric oxide, $Fe_2O_3$, and ferric hydroxide, $Fe(OH)_3$ 2 any coating or film formed on any other metal by oxidation or corrosion 3 any stain or formation resembling iron rust 4 any habit, influence, growth, etc. injurious to usefulness, to the mind or character, etc. 5 disuse of mental or moral powers; inactivity; idleness 6 the color of iron rust; reddish brown or reddish yellow 7 *Bot. a)* any of various plant diseases characterized by a spotted reddish or brownish discoloration of stems and leaves *b)* any of an order (Uredinales) of basidiomycetous fungi causing rust (in full **rust fungus**) —***vi., vt.*** 1 to affect or be affected by a rust fungus 2 to become or cause to be coated with rust, as iron 3 to deteriorate or spoil, as through disuse, inactivity, etc. *[a mind that has rusted]* 4 to become or make rust-colored

**rust-col·ored** (-kul'ərd) ***adj.*** having the color of iron rust; reddish-brown or reddish-yellow

**rus·tic** (rus'tik) ***adj.*** ⟦LME *rustyk* < MFr *rustique* < L *rusticus* < *rus*, the country: see RURAL⟧ 1 of or living in the country, as distinguished from cities or towns; rural 2 lacking refinement, elegance, polish, or sophistication; specif., *a)* simple, plain, or artless *b)* rough, awkward, uncouth, or boorish 3 made of rough, bark-covered branches or roots *[rustic furniture]* 4 *Masonry* having a rough surface or irregular, deeply sunk, deliberately conspicuous joints; rusticated —***n.*** a country person, esp. one regarded as unsophisticated, simple, awkward, uncouth, etc. —***SYN.*** RURAL —**rus'ti·cal·ly *adv.*** —**rus·tic'i·ty** (-tis'ə tē) ***n.***

**rus·ti·cal** (-ti kəl) ***adj., n.*** *archaic var. of* RUSTIC

**rus·ti·cate** (rus'tə kāt') ***vi.*** **rus'ti·cat'ed, -cat'ing** ⟦< L *rusticatus*, pp. of L *rusticari*, to rusticate < *rusticus*: see RUSTIC⟧ 1 to go to the country 2 to live or stay in the country; lead a rural life —***vt.*** 1 to send to, or cause to live or stay in, the country 2 [Brit.] to suspend (a student) temporarily from a university 3 to make (a person, etc.) rustic 4 to make or finish (masonry) in the rustic style —**rus'ti·ca'tion *n.*** —**rus'ti·ca'tor *n.***

**Rus·tin** (rus'tin), **Bay·ard** (bi'ərd) 1910-87; U.S. civil rights leader

**rus·tle¹** (rus'əl) ***vi., vt.*** **-tled, -tling** ⟦ME *rustelen*, freq. formation < ME *rouslen*, akin to earlier Fl *ruysselen* < WGmc echoic base⟧ to make or cause to make an irregular succession of soft sounds, as of leaves being moved by a gentle breeze or of papers being shuffled —***n.*** such a succession of sounds —**rus'tling·ly *adv.***

**rus·tle²** (rus'əl) ***vi., vt.*** **-tled, -tling** ⟦< ? RUSH¹ + HUSTLE⟧ 1 [Colloq.] to work or proceed with, or move, bring, or get by, energetic or vigorous action ☆2 *a)* orig., in the W U.S., to round up (cattle, horses, etc.) *b)* [Colloq.] to steal (cattle, horses, etc.) —☆**rustle up** [Colloq.] to collect or get together, as by foraging around —**rus'tler *n.***

**rust·proof** (rust'proof') ***adj.*** resistant to rust —***vt.*** to make rustproof

**rusty** (rus'tē) ***adj.*** **rust'i·er, rust'i·est** ⟦ME < OE *rustig*⟧ 1 coated with rust, as a metal, or affected with the disease of rust, as a plant 2 consisting of or caused by rust 3 not working freely, easily, or quietly because of, or as if because of, rust; stiff or rasping in operation 4 *a)* impaired by disuse, neglect, etc. *[to find one's golf game rusty]* *b)* having lost facility through lack of practice *[to be a little rusty in chess]* 5 having the color of rust 6 faded, old-looking, or shabby —**rust'i·ly *adv.*** —**rust'i·ness *n.***

**rut¹** (rut) ***n.*** ⟦< ? MFr *route*, ROUTE⟧ 1 a groove, furrow, or track, esp. one made in the ground by the passage of wheeled vehicles 2 a fixed, routine procedure or course of action, thought, etc., esp. one regarded as dull and unrewarding —***vt.*** **rut'ted, rut'ting** to make a rut or ruts in

**rut²** (rut) ***n.*** ⟦ME *rutte* < OFr *ruit* < L *rugitus*, a roaring (as of deer in rut) < *rugire*, to roar < IE **reuk-* < echoic base **reu-*, to roar, cry hoarsely > OE *ryn*, OSlav *rykati*, to roar⟧ 1 the periodic sexual excitement, or heat, of certain mammals: applied esp. to males, often specif. to those male ruminants in which it occurs once a year: cf. ESTRUS 2 the period during which this occurs —***vi.*** **rut'ted, rut'ting** to be in rut

**ru·ta·ba·ga** (roōt'ə bā'gə, roōt'ə bä'gə) ***n.*** ⟦Swed dial. *rotabagge* < *rot* (< ON *rot*, ROOT¹) + *bagge*, ram, thick object < ON *baggi* > BAG⟧ 1 a turniplike plant (*Brassica napobrassica*) of the crucifer family, with a large, yellow root 2 this edible root

**ruth** (roōth) ***n.*** ⟦ME *reuthe* < *reowen*: see RUE¹⟧ [Now Rare] 1 pity; compassion 2 sorrow; grief; remorse

**Ruth** (roōth) ⟦LL(Ec) < Heb *rut*, prob. contr. < *re'ut*, companion⟧ 1 a feminine name 2 *Bible a)* a Moabite widow deeply devoted to her mother-in-law, Naomi, for whom she left her own people to later become the wife of Boaz of Bethlehem *b)* the book that tells her story (abbrev. *Ru*) 3 **George Herman** (called *Babe*) 1895-1948; U.S. baseball player

**Ru·the·ni·a** (roō thē'nē ə, -thēn'yə) ⟦ML, Russia⟧ region in W Ukrainian S.S.R., a former province of Czechoslovakia

**Ru·the·ni·an** (-thē'nē ən, -thēn'yən) ***n.*** 1 any of a group of Ukrainians living in Ruthenia and E Czechoslovakia 2 the Ukrainian dialect spoken in Ruthenia —***adj.*** 1 of Ruthenia or the Ruthenians 2 of Ruthenian

**ru·then·ic** (roō then'ik, -thē'nik) ***adj.*** designating or of chemical compounds containing ruthenium with a higher valence than in the corresponding ruthenious compounds

**ru·the·ni·ous** (-thē'nē əs) ***adj.*** designating or of chemical compounds containing ruthenium with a lower valence than in the corresponding ruthenic compounds

**ru·the·ni·um** (-thē'nē əm) ***n.*** ⟦ModL: so named (1828) by G. W. Osann, Estonian-Russian chemist who produced it in impure form < ML *Ruthenia*, Russia (source of the ore) + -IUM⟧ a rare metallic chemical element of the platinum group, very hard and brittle, and silvery-gray in color, used as a hardener in alloys of platinum and palladium and as a catalyst: symbol, Ru; at. wt., 101.07; at. no., 44; sp. gr., 12.41; melt. pt., 2,310°C; boil. pt., 3,900°C

at, āte, cär; ten, ēve; is, īce; gō, hôrn, look, tōōl; oil, out; up, fur; ə *for unstressed vowels, as* a *in* ago, u *in* focus; ' *as in* Latin (lat''n); chin; she; zh *as in* azure (azh'ər); thin, *the*; ŋ *as in* ring (riŋ)
*In etymologies:* * = unattested; < = derived from; > = from which
☆ = Americanism **See inside front and back covers**