Case 3:19-cv-00056-DJH-RSE   Document 29-8   Filed 12/17/19   Page 1 of 4 PageID #: 670

PUBLIC PAPERS OF THE PRESIDENTS
OF THE
UNITED STATES

# Dwight D. Eisenhower



## 1958

JANUARY 1 TO DECEMBER 31, 1958

1958. I extend congratulations to your Nation for the effectiveness with which the Exhibition has been organized and for the vision manifested in its planning. In these troubled days, I particularly pay tribute to the illumination of a brighter future which your great Exhibition, devoted to the peaceful arts of civilization, brings the World.

The theme for the Exhibition announced by your Commissioner General—how scientific advances are being used to realize man's brightest and highest aspirations—has been interpreted by my country as a constructive challenge in planning the display in our Pavilion at the Exhibition. In this regard, we believe that the United States exhibit planned by our national Commissioner General, Mr. Howard S. Cullman, will present a true and stimulating picture of representative accomplishments of the United States. I hope Your Majesty will find in the concrete realization of the United States exhibit at Brussels a message of promise for the future.

Because of my deep interest in the Brussels Exhibition, I have asked my good friend and associate, Mr. Leonard W. Hall, to call upon Your Majesty as my personal representative and to convey to you my salutations and congratulations.

I salute Your Majesty as the First Patron of the Exhibition on its opening day, and express my personal hope that these great displays of the accomplishments and aspirations of the world's cultures will be a powerful force toward peace, freedom, and justice for all mankind.

Sincerely,

DWIGHT D. EISENHOWER

## 80 ¶ Address to the American Society of Newspaper Editors and the International Press Institute. *April 17, 1958*

*Mr. Chairman, Mr. Vice President, My Fellow Americans:*

First, my warm and special greetings to the distinguished visitors here from other lands. I must say to them that my subject today is more national than international in scope. Yet, there are international overtones in all that I shall say. American strength, of which I shall speak, is inseparable from the waging of peace. In this, all of us are interested.

rather than singly, generate power that is not the sum but a multiplication of their separate capabilities.

Our fourth need is no less urgent. We must do a more efficient job of integrating new weapons into our fighting forces.

Again, we need the unity of direction.

The onrush of science has changed this problem at its very roots. Take, for example, a reconnaissance satellite, orbiting in space. If successful in carrying out that reconnaissance, it would transmit military information of value to all the armed forces. The utility and purpose of such an instrument could hardly be prerogatives of any single military service. Nor is it rational for the services to wage bitter struggles and multiply expensive research facilities in a race to control such a development.

The ballistic missile is another example. This weapon can be fired at targets hundreds of miles away. Its principal function rises above one-service considerations. It matters not at all to the American people whether such a missile is fired from a land base or from a submarine. Nor is the public overly concerned whether a piloted bomber takes off from land or from an aircraft carrier to hit the very same target. The point is to be able to get the job done, at the least cost.

In short, it is high time for all of us to pay more attention to America's strategic requirements and less to individual service claims.

The fact is, modern weapons and methods of war have scrambled traditional service functions. Interservice controversy and confusion are the result. This simply means that our military weapons and techniques and certain provisions of law just do not mesh.

I am quite sure that the American people feel it is far more important to be able to hit the target than it is to haggle over who makes a weapon or who pulls a trigger.

I have simply asked the Congress to accept and apply these facts of military life. The Congress willing, we shall bring to bear, in each unified command, all the power each military service can usefully provide to support the mission of the command with the most modern of weapons.

The next change affects the authority of the Secretary of Defense.

That authority must be clearly defined. Today, the law envelops it in a legal fog. Mainly this is the result of clinging to traditions and concepts of a military era that is no more.

As I have said, modern war demands the vesting of strategic planning

Case 3:19-cv-00056-DJH-RSE   Document 29-8   Filed 12/17/19   Page 4 of 4 PageID #: 673