**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY**

| | |
|---|---|
| SCOTT A. HARDIN<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BUREAU OF ALCOHOL, TOBACCO,<br>FIREARMS AND EXPLOSIVES, *et al.*,<br><br>　　　　　Defendants. | Case No. 3:19-cv-56-DJH |

## **PROPOSED ORDER**

Upon consideration of Defendants' Motion for Judgment on the Administrative Record, and all responses thereto, it is hereby ordered that the **MOTION IS GRANTED** and that the JUDGMENT IS GRANTED for Defendants in this action.

DATED: _____       SIGNED: _____