UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| SCOTT A. HARDIN | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) Cause No. 3:19-cv-56-DJH |
| | ) |
| BUREAU OF ALCOHOL, TOBACCO; | ) **ELECTRONICALLY FILED** |
| FIREARMS AND EXPLOSIVES, et al. | ) |
| | ) Judge David J. Hale |
| Defendants. | ) |
| | ) |

### JUDGMENT
### ON THE ADMINISTRATIVE RECORD
### IN FAVOR OF PLAINTIFF, SCOTT A. HARDIN

Upon Motion of the Plaintiff, Scott A. Hardin, by Counsel, pursuant to Fed. R. Civ. P. 56, and the Order of Magistrate Judge, Vanessa L. Armstrong, entered July 25, 2019, and all amendments thereto, upon the agency record and pleadings filed herein, and; and this Court being otherwise sufficiently advised;

**IT IS HEREBY ORDERED** as follows:

1. Defendants are prohibited from implementing a new regulation, wherein they expand or purport to expand the definition of a "machine gun" as enacted by Congress, on the basis that the Final Rule violates the APA;

2. Defendants are prohibited from implementing a new regulation, wherein they expand or purport to expand the definition of a "machine gun" as enacted by Congress, on the basis that the Final Rule violates ATF's statutory authority;

3. pursuant to 26 U.S.C. § 7805, Defendants are unable to enforce a ban on the possession or use of bump-stock-type devices;

4. The Final Rule's enforcement constitutes a violation of Article I, Section 9, Clause 3 of the U.S Constitution (Ex Post Facto Clause);

5. The Final Rule's enforcement constitutes a violation of Article I, Section 10, Clause 1 of the U.S Constitution (Contracts Clause);

6. Defendants, their officers, agents, servants, employees and all persons are enjoined in active concert or participation with them from enforcing the Final Rule and all related laws, policies, and procedures that would impede or criminalize an individual's exercise of their use, possession, sale, transfer, or other disposition of a bump-stock-type device, as the result of this new regulation;

7. The Final Rule constitutes a taking under the Fifth Amendment and order that the Defendants pay just compensation to those affected; Award Plaintiff costs and attorney fees and expenses to the extent permitted under 5 U.S.C. § 552(a)(4)(E)(i), 18 U.S.C. § 924, and 28 U.S.C. §§ 1920, 2412;

8. Any and all other equitable and/or legal remedies this Court may see fit.

_____
JUDGE

_____
DATE

cc: counsel of record