## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

*ELECTRONICALLY FILED*

| | |
|---|---|
| **SCOTT A. HARDIN,** | |
| *Plaintiff.* | Civil Action No. 3:19-cv-56-DJH |
| | **Judge David J. Hale** |
| vs. | |
| **BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES**, an agency; | |
| **MATTHEW WHITAKER**, in his official capacity as Acting Attorney General of the United States; | |
| **THOMAS E. BRANDON**, Acting Director Bureau of Alcohol, Tobacco, Firearms, and Explosives; | |
| and | |
| **UNITED STATES OF AMERICA**, | |
| *Defendants.* | |

## NOTICE OF APPEAL

Pursuant to Federal Rules of Appellate Procedure 3, *et seq*, and Federal Rules of Appellate Procedure 4, *et seq*., *Notice of Appeal* is hereby given that Plaintiff Scott A. Hardin, by counsel, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the trial court's final and appealable *JUDGMENT* of November 30, 2020 (DN 36), in favor of Defendants Bureau of Alcohol, Tobacco, Firearms and Explosives, Matthew Whitaker in his

official capacity as Acting Attorney General of the United States, Thomas E. Brandon Acting Director Bureau of Alcohol, Tobacco, Firearms and Explosives, and United States of America.

        Respectfully Submitted,

        */s/ Jason Todd Hardin*
        Jason Todd Hardin
        **HARDIN LAW, PLLC**
        P. O. Box 9537
        Louisville, Kentucky 40209
        Phone: (502) 445-2673
        Fax: (502) 219-3323
        Email: hardinlaw@twc.com
        *Counsel for Plaintiff Hardin*

and

        */s/ J. Allan Cobb*
        J. Allan Cobb
        **COBB LAW, PLLC**
        1303 Clear Springs Trace, Unit 100
        Louisville, Kentucky 40223
        Phone: (502) 966-7100
        Fax: (502) 434-5900
        Email: allancobb@cobblawpllc.com
        *Counsel for Plaintiff Hardin*