## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: June 20, 2023

Mr. James J. Vilt Jr.
Western District of Kentucky at Louisville
601 W. Broadway
Suite 106 Gene Snyder U.S. Courthouse
Louisville, KY 40202-2249

Re: Case No. 20-6380, *Scott Hardin v. ATF, et al*
Originating Case No. : 3:19-cv-00056

Dear Mr. Vilt:

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Patricia J. Elder, Senior Case Manager
for Ryan Orme, Case Manager

cc: Mr. Joseph Allan Cobb
    Mr. Jason T. Hardin
    Mr. Bradley Hinshelwood
    Ms. Abby Christine Wright

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 20-6380

_____

Filed: June 20, 2023

SCOTT A. HARDIN

    Plaintiff - Appellant

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, an agency of the Department of Justice; THOMAS E. BRANDON, Acting Director Bureau of Alcohol, Tobacco, Firearms, and Explosives; UNITED STATES OF AMERICA, United States Attorneys Office; MERRICK B. GARLAND, U.S. Attorney General, in his official capacity as Attorney General of the United States

    Defendants - Appellees

## CORRECTED MANDATE

Pursuant to the court's disposition that was filed 04/25/2023 the mandate for this case hereby issues today.

COSTS: None