IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

SCOTT A. HARDIN,

    Plaintiff,

vs.

BUREAU OF ALCOHOL, TOBACCO,
FIREARMS AND EXPLOSIVES, *et al.*

    Defendants.

Case No. 3:19-cv-56-DJH-RSE

## **ORDER**

    Upon consideration of the Parties' Joint Motion to Stay Proceedings, it is hereby ordered that the motion is **GRANTED** and further proceedings in this case are STAYED pending further order of this Court.

June 21, 2023

**David J. Hale, Judge**
**United States District Court**