**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO. 3:19-CV-00056-DJH**

**SCOTT A. HARDIN**                                                                                                          **PLAINTIFF**

**VS.**

**BUREAU OF ALCOHOL, TOBACCO,**
**FIREARMS AND EXPLOSIVES, at al.**                                                              **DEFENDANTS**

**ORDER**

A telephonic status conference was conducted in this action on August 1, 2024 at 10:00 AM, with Jason Todd Hardin and J. Allan Cobb appearing on behalf of the Plaintiff and Alexander V. Sverdlov appearing on behalf of the Defendants. The conference was held to discuss the next steps in the case following the United States Supreme Court's decision in *Garland v. Cargill*, issued on June 14, 2024. The Parties informed the Court that they are working toward resolution, including agreement to a stipulated judgment and attorney's fees. Counsel for Defendants requested the case be stayed for sixty days to allow the Parties in this case, and the other related cases that have been remanded in other districts, to finalize resolution. Finding this request to be reasonable, the Court **STAYS** this case **for sixty (60) days** to allow the Parties to continue resolving all issues in the matter, including attorney's fees and costs. The Parties shall file a **joint status report by Tuesday, October 1, 2024.**

      **IT IS SO ORDERED.**

Copies:        Counsel of Record

0|5