IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

SCOTT A. HARDIN,

    Plaintiff,

vs.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*

    Defendants.

Case No. 3:19-cv-56-DJH-RSE

### NOTICE OF ATTORNEY WITHDRAWAL

Pursuant to Local Rule 83.6(b), undersigned counsel, Michael F. Knapp, hereby notices his withdrawal of his appearance on behalf of Defendants in this matter. Counsel is transferring to a different division within the Department of Justice. Defendants remain represented by other counsel from the U.S. Department of Justice, as reflected on the Court's docket.

Dated: August 22, 2024

Respectfully submitted,

*/s/ Michael F. Knapp*

MICHAEL F. KNAPP (Cal. Bar No. 314104)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 514-2071
Fax: (202) 616-8470
Email: michael.f.knapp@usdoj.gov

*Counsel for Defendants*