# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| SCOTT A. HARDIN, | |
| Plaintiff, | Case No. 3:19-cv-56 |
| v. | |
| BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, *et al.*, | |
| Defendants. | |

**JOINT STATUS REPORT**

Pursuant to this Court's August 1, 2024 Order, the Parties respectfully submit the following Joint Status Report:

As the Parties previously reported to the Court during the August 1, 2024 status conference, they have been engaged in discussions to attempt to find a negotiated resolution in this case following the Supreme Court's decision in *Garland v. Cargill*, 602 U.S. 406 (2024). As part of those efforts, Plaintiff has been developing a proposal to submit to Defendants for consideration. The Parties remain optimistic that they will be able to come to an agreement that would obviate the need for further proceedings. As such, the Parties respectfully ask that this Court continue to stay this case and propose to submit another Joint Status Report in sixty (60) days.

Dated:  October 1, 2024

Respectfully submitted,

/s/ Jason Todd Hardin
JASON TODD HARDIN
**HARDIN LAW, PLLC**
P. O. Box 9537
Louisville, KY 40209
(502) 445-2673
Email: hardinlaw@twc.com
*Counsel for Plaintiff Scott A. Hardin*


/s/ J. Allan Cobb
J. ALLAN COBB
**COBB LAW PLLC**
1303 Clear Springs Trace, Unit 100
Louisville, KY 40223
(502) 966-7100
Email: allancobb@cobblawpllc.com

*Counsel for Plaintiff Scott A. Hardin*



BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director
Federal Programs Branch

/s/ Alexander V. Sverdlov
ALEXANDER V. SVERDLOV
(NY Bar 4918793)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 305-8550
alexander.v.sverdlov@usdoj.gov

*Counsel for Defendants*